This is to advise that on September 27, 2010

Judge Richard K. Eaton

Issued CONFIDENTIAL Slip Opinion 10-108

In action

Ct. No. 09-00123

Since Hardware (Guangzhou) Co., Ltd.,
(Plaintiff,)

v.

United States,
(Defendant,)

and

Home Products International, Ltd.,
(Defendant - Intervenors.)